UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00065-MOC-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **RAYMOND NEAL SWAYNEY,** | ) | |
| Defendant | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss the Indictment (#23). The defendant has entered a guilty plea in a different matter (1:16-cr-141). Having considered the Motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss the Indictment (#23) is **GRANTED**, and the Bill of Indictment (#1) in this case is **DISMISSED** without prejudice.

Signed: December 7, 2016

Max O. Cogburn Jr
United States District Judge